JS-6

FILED
CLERK, U.S. DISTRICT COURT
6/17/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MISSION PRODUCE, INC. | Case No.: 2:19-cv-09206 |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER OF DISMISSAL |
| GREAT WHITE FLEET LINER SERVICES COMPANY, LTD.; and DOES 1 through 10, | |
| Defendants. | |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: June 17, 2020

_____
UNITED STATES DISTRICT JUDGE
JOHN A. KRONSTADT